(109 So. 472)

No. 28024.

### STATE v. FIFE et al.

(June 28, 1926.)

*(Syllabus by Editorial Staff.)*

Criminal law ⬅1020.

Where fine imposed for practicing medicine without license does not exceed $300, and imprisonment does not exceed 6 months, and constitutionality of Act No. 56 of 1914, as amended by Act No. 54 of 1918, was maintained by lower court, Supreme Court has no jurisdiction over case, in view of Const. art. 7, § 10.

Appeal from Criminal District Court, Parish of Orleans; Frank T. Echezabal, Judge.

Joseph B. Fife and another were convicted of practicing medicine without a license, and they appeal. Appeal dismissed.

Donelson Caffery, Paul A. Sompayrac, and Anna C. McCay, all of New Orleans, for appellants.

Percy Saint, Atty. Gen., and Henry Mooney, Dist. Atty., J. Bernard Cocke, Asst. Dist. Atty., T. Semmes Walmsley, City Atty., Eugene D. Saunders, and G. B. Harrison, Jr., all of New Orleans, for the State.

ROGERS, J. The defendants were charged by bill of information with practicing medicine without a license. They were tried and convicted, and each of them was sentenced to pay a fine of $50 and to serve 30 days in the parish prison, and, in default of paying the fine, to serve 30 days additional. Appeals were applied for and granted to the appellate division of the criminal district court for the parish of Orleans and to this court.

After their conviction and prior to their sentence, defendants filed a motion in arrest of judgment, attacking the constitutionality of the statute (Act 56 of 1914, as amended by Act 54 of 1918) which they were charged with having violated. This motion was overruled. The counsel for the state have moved to dismiss the appeal for want of jurisdiction in this court.

As the fine imposed does not exceed $300, the imprisonment inflicted does not exceed 6 months, and as the constitutionality of the statute was maintained by the court below, we have no jurisdiction of this case. Const. art. 7, § 10.

The appeal is therefore dismissed.